United States Bankruptcy Court
District of Arizona

In re:  Case No. 24-07991-MCW
SEDONA VINEYARDS LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2    User: admin    Page 1 of 2
Date Rcvd: Oct 25, 2024    Form ID: van122    Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | SEDONA VINEYARDS LLC, 2024 N. 7TH STREET, STE 202, PHOENIX, AZ 85006-2533 |
| cr | +++ | Beaver Creek Golf Resort, LLC, c/o THEODORE P WITTHOFT, RUSING LOPEZ & LIZARDI PLLC, 16427 N SCOTTSDALE RD SUITE 200, SCOTTSDALE, AZ 85254-1592 |
| 17510088 | + | Alta Arizona Survey Engineering Geotech, 7400 W Detroit St Ste 190, Chandler AZ 85226-2441 |
| 17510090 | + | Arizona American Water Company, 18736 Cactus Road, Surprise AZ 85388-5676 |
| 17510091 | + | Beaver Creek Golf Resort LLC, 1645 West Moore Road, Tucson AZ 85755-9125 |
| 17510092 | + | Christopher W. Ambrosio, Ambrosio Law LLC, 2525 E. Broadway Blvd, Ste 202, Tucson AZ 85716-5398 |
| 17510093 | + | Dixon Construction Services LLC, 2701 E. Camelback Road, Ste 175, Phoenix AZ 85016-4332 |
| 17510094 | + | Equus Group Inc., 2024 N. 7th Street, Ste 202, Phoenix AZ 85006-2533 |
| 17510095 | + | Equus Investment Corporation, 2024 N. 7th Street, Ste 202, Phoenix AZ 85006-2533 |
| 17510096 | + | Hoque & Associates, Inc, 4325 S 34th St, Phoenix AZ 85040-1807 |
| 17510098 | + | Yavapai County Treasurer, 1015 Fair St., Ste 209, Prescott AZ 86305-1807 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | EDI: AZDEPREV.COM | Oct 26 2024 02:38:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17510089 | + | Email/Text: bankruptcy2006@apsc.com | Oct 25 2024 23:02:14 | APS, P.O. Box 53933, Phoenix AZ 85072-3933 |
| 17510087 | + | EDI: AZDEPREV.COM | Oct 26 2024 02:38:00 | Arizona Department of Revenue, Special Operations Section, 7th Floor, 1600 West Monroe, Phoenix AZ 85007-2612 |
| 17510086 | + | EDI: IRS.COM | Oct 26 2024 02:38:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 17540439 | | Beaver Creek Golf Resort, LLC |
| 17510097 | ##+ | Innes Construction LLC, 7807 E. Hubbell Street, Scottsdale AZ 85257-2205 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BENJAMIN WRIGHT | on behalf of Debtor SEDONA VINEYARDS LLC bwright@wloaz.com azbkwrightlaw@gmail.com,R46413@notify.bestcase.com |
| EDWARD K. BERNATAVICIUS | on behalf of U.S. Trustee U.S. TRUSTEE edward.k.bernatavicius@usdoj.gov |
| THEODORE P. WITTHOFT | on behalf of Creditor Beaver Creek Golf Resort LLC twitthoft@rllaz.com, paralegal@wdlawpc.com,twitthoft@wdlawpc.com,gleckbee@rllaz.com |

TOTAL: 3

FORM VAN−122
REVISED 08/21/2024

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                         Case No.: 2:24−bk−07991−MCW

SEDONA VINEYARDS LLC             Chapter: 11
2024 N. 7TH STREET, STE 202
PHOENIX, AZ 85006
SSAN:
EIN: 88−3659060

Debtor(s)

**ORDER DISMISSING CASE**

This case will be dismissed for the following reasons (only checked boxes apply):

- ☐ The debtor(s) having failed to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007−1.
- ☐ The individual debtor(s) having failed to file a Credit Counseling Certificate as required by Fed. R. Bankr. P. 1007(b)(3).
- ☐ The debtor(s) having failed to pay the filing fee as ordered by the court.
- ☑ The debtor(s) having failed to timely file the schedules and statements required by Fed. R. Bankr. P. 1007.
- ☐ The debtor(s) having failed to timely file a Chapter 13 plan as required by Fed. R. Bankr. P. 3015.
- ☐ The debtor(s) having failed to timely submit the Statement of Social Security Number as required by Fed. R. Bankr. P. 1007(f).
- ☐ The individual debtor(s) having failed to file a Statement of Your Current Monthly Income and any additional forms as required by Fed. R. Bankr. P. 1007.
- ☐ The debtor(s) having failed to file a Declaration of Evidence of Employer's Payments as required by Local Bankruptcy Rule 1007−1.
- ☐ The debtor(s) having failed to file a Declaration Under Penalty of Perjury for Debtors Without an Attorney as required by Local Bankruptcy Rule 1007−1.
- ☐ The debtor(s) having failed to appear and be examined at the meeting of creditors as required by 11 U.S.C. § 341.
- ☐ After an Order to Show Cause why this case should not be dismissed was issued.
- ☐ The trustee having moved to dismiss this case.
- ☐ The debtor(s) having moved to dismiss this case.
- ☐ The debtor(s) having failed to timely file all required Official Forms as indicated by the court.

−− Order continued on 2nd page −−

IT IS ORDERED that the above−captioned case be dismissed. Jurisdiction is retained over any matters arising under 11 U.S.C. § 110.

IT IS FURTHER ORDERED that any pending hearings, including any final hearing set on a motion for relief from the automatic stay are vacated.

IT IS FURTHER ORDERED that if the debtor wishes to reinstate this case, a motion for reinstatement must be filed setting forth the reasons for the request.

IT IS FURTHER ORDERED that even though this case has been dismissed, debtor(s) is/are required to pay all outstanding fees due and owing to the court.

IT IS FURTHER ORDERED that the Court shall not consider a motion for reinstatement of the case unless all fees are paid in full or all required documents are filed.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

Date: October 25, 2024                                    BY THE COURT

Address of the Bankruptcy Clerk's Office:         **Honorable Madeleine C. Wanslee**
U.S. Bankruptcy Court, Arizona                        United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov